# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:06cr27 |
| | § | (Judge Schell) |
| BIJAN SEIFI | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and having received Defendant's waiver of right to object and waiver of right to be present and speak at sentencing, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **MODIFIED**. It is further

**ORDERED** that Defendant's supervised release shall be modified as follows: (1) Defendant shall reside in and participate in a residential drug treatment program at Oak Haven Recovery Center in Marshall, Texas; (2) Defendant shall be placed on home detention for a period not to exceed 180 days, to commence immediately upon direction of the probation officer. During this time, the Defendant shall remain in his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer; (3) the Defendant shall maintain a telephone at his place of residence without "call forwarding," "a modem," "Caller I.D.," "call waiting," or portable cordless

telephones for the above period; and (4) At the direction of the probation officer, the Defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. Defendant shall pay the cost associated with his program of electronic monitoring.

**SIGNED this the 8th day of June, 2010.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE